BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA M. ROACH (254142)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
proach@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN
First City Building
505 Orleans St., Suite 505
Beaumont, TX  77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, and VIRGINIA KALDMO, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; and U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 8:15-cv-01142-JVS-PLA<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>USDJ:  James V. Selna<br>Courtroom:  10C, Santa Ana<br>USMJ:  Paul L. Abrams<br>Courtroom:  G, 9th Fl., Spring St.<br><br>Date Filed:  July 17, 2015<br>Trial Date:  TBD<br><br>**JURY TRIAL DEMANDED** |

BLOOD HURST & O'REARDON, LLP

Case No. 8:15-cv-01142-JVS-PLA
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs

2  Maudie Patton, Jacqueline Goodridge, and Virginia Kaldmo, on behalf of

3  themselves, all others similarly situated and the general public, hereby dismiss

4  without prejudice all claims against Experian Data Corp., Court Ventures, Inc.,

5  and U.S. Infosearch.com, LLC in the above-captioned action.

6

7  Dated: September 30, 2015          BLOOD HURST & O'REARDON, LLP
                                      TIMOTHY G. BLOOD (149343)
8                                     PAULA M. ROACH (254142)

9
                                      By:      s/ Timothy G. Blood
10                                          TIMOTHY G. BLOOD

11                                    701 B Street, Suite 1700
                                      San Diego, CA 92101
12                                    Tel: 619/338-1100
                                      619/338-1101 (fax)
13                                    tblood@bholaw.com
                                      proach@bholaw.com
14
                                      BARNOW AND ASSOCIATES, P.C.
15                                    BEN BARNOW (pro hac vice)
                                      ERICH P. SCHORK (pro hac vice)
16                                    1 North LaSalle Street, Suite 4600
                                      Chicago, IL 60602
17                                    Tel: 312/621-2000
                                      312/641-5504 (fax)
18                                    b.barnow@barnowlaw.com
                                      e.schork@barnowlaw.com
19
                                      THE COFFMAN LAW FIRM
20                                    RICHARD L. COFFMAN
                                      First City Building
21                                    505 Orleans St., Suite 505
                                      Beaumont, TX 77701
22                                    Tel: 409/833-7700
                                      866/835-8250 (fax)
23                                    rcoffman@coffmanlawfirm.com

24                                    MONTELEONE & McCORY, LLP
                                      JEFFREY S. HURST (138664)
25                                    725 South Figueroa Street, Suite 3200
                                      Los Angeles, CA 90017
26                                    Tel: 213/784-3108
                                      213/612-9930 (fax)
27                                    Hurst@mmlawyers.com

28                                    *Attorneys for Plaintiffs and the Putative Class*

BLOOD HURST & O'REARDON, LLP

BLOOD HURST & O'REARDON, LLP

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on September 30, 2015, I electronically filed the

3 foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the e-mail addresses denoted on the Electronic Mail

5 Notice List, and I hereby certify that I have mailed the foregoing document or

6 paper via the United States Postal Service to the non-CM/ECF participants

7 indicated on the Electronic Mail Notice List.

8     I certify under penalty of perjury under the laws of the United States of

9 America that the foregoing is true and correct.  Executed on September 30, 2015.

10

11                                        *s/ Timothy G. Blood*
                                             TIMOTHY G. BLOOD

12
                                          BLOOD HURST & O'REARDON, LLP
13                                        701 B Street, Suite 1700
                                          San Diego, CA  92101
14                                        Telephone:  619/338-1100
                                          619/338-1101 (fax)
15                                        tblood@bholaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

00090593

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE